1  Stephen D. Finestone (125675)
   Ryan A. Witthans (301432)
2  FINESTONE HAYES LLP
   456 Montgomery Street, Floor 20
3  San Francisco, CA 94104
   Tel.:   (415) 421-2624
4  Fax:   (415) 398-2820
   Email: sfinestone@fhlawllp.com
5  Email: rwitthans@fhlawllp.com

6  Attorneys for Appellant,
   Evander Frank Kane

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 3:21-cv-8209-WHO<br><br>Bankruptcy Case No. 21-50028-SLJ<br>Chapter 7<br><br>B.A.P. No. NC-21-1167 |
| EVANDER FRANK KANE,<br><br>Appellant,<br><br>v.<br><br>ZIONS BANCORPORATION, N.A., *dba* California Bank & Trust, *et al.*<br><br>Appellee(s). | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |

Appellant Evander Frank Kane ("Kane") and Appellee Zions Bancorporation, N.A. ("Zions") enter into the following stipulation to modify the briefing schedule for this appeal as set forth below (the "Stipulation") and request the Court's approval of the revised schedule.

**RECITALS**

1. Kane timely filed a notice of appeal in the above-mentioned bankruptcy case regarding an *Order on Zions Bancorporation's Objection to Debtor's Homestead Exemption* (the "Appeal") and elected to have the appeal heard by the Bankruptcy Appellate Panel.

2. Zions timely filed a statement electing to have the appeal transferred to the District Court.

3. Pursuant to this Court's scheduling order, Kane's principal brief is due no more than thirty days after docketing of a notice that the record has been transmitted or is available electronically on the District Court's docket. The transmittal of record on appeal to District Court was docketed on October 26, 2021 (Dkt. 3), placing the original deadline for Kane to file his principal brief on November 29, 2021.

4. Kane has requested, and Zions has agreed, to extend the time for Kane to file his principal brief by 30 days, to December 29, 2021.

5. There have been no previous time modifications in this appeal.

6. Therefore, Kane and Zions have discussed the matter and propose to modify the briefing schedule in the Appeal as set forth below.

**STIPULATION**

1. Kane's principal brief shall be due no later than December 29, 2021.

2. Except as specifically modified herein, all other deadlines for briefs in this appeal and other matters set forth in this Court's scheduling order remain unchanged and in effect.

3. Kane and Zions request that the Court enter an order approving this Stipulation.

[*Signatures on following page*]

| | |
|---|---|
| Dated November 19, 2021 | FRANDZEL ROBINS BLOOM & CSATO, L.C. |
| | */s/ Gerrick Warrington* |
| | Gerrick Warrington |
| | Attorneys for Appellee Zions Bancorporation, N.A. |
| | |
| Dated November 19, 2021 | FINESTONE HAYES LLP |
| | */s/ Stephen D. Finestone* |
| | Stephen D. Finestone |
| | Attorneys for Appellant Evander Frank Kane |

**ORDER**

IT IS SO ORDERED.

Dated _____

_____
Hon. William H. Orrick
District Judge of the United States District Court
for the Northern District of California