Michael Gerard Fletcher (State Bar No. 070849)
  mfletcher@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard, Nineteenth Floor
Los Angeles, California 90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Appellee ZIONS
BANCORPORATION, N.A., dba
California Bank & Trust

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 3:21-cv-8209-WHO |
| EVANDER FRANK KANE, | Bankruptcy Case No. 21-50028-SLJ |
| Debtor. | Chapter 7 |
| EVANDER FRANK KANE. | **STIPULATION AND ORDER TO MODIFY THE BRIEFING DEADLINES ON APPEAL** |
| Appellant, | |
| v. | |
| ZIONS BANCORPORATION, N.A., dba California Bank & Trust | |
| Appellee. | |

4478968v1 | 031205-0132

1

Appellant, Evander Frank Kane ("Kane") and appellee, Zions Bancorporation, N.A., dba California Bank & Trust ("Zions"), enter into the following stipulation to modify the briefing schedule for this appeal as set forth below (the "Stipulation") and request the Court's approval of the revised briefing schedule.

## RECITALS

A. Kane filed a Notice of Appeal in the above-captioned bankruptcy case pending in the United States Bankruptcy Court regarding an *Order on Zions Bancorporation, N.A.'s Objection to Debtor's Homestead Exemption* (the "Appeal").

B. Zions subsequently elected to have the Appeal heard by the District Court instead of the Bankruptcy Appellate Panel.

C. On December 29, 2021, Kane filed his opening brief. Dkt. 6.

D. Pursuant to this Court's scheduling order ("Scheduling Order") (Dkt. 2), Zions' response brief is due no more than thirty days after December 29, 2021 (the date Kane filed his opening brief), placing the original deadline for Zions to file its response brief in this Appeal on January 28, 2022.

E. Zions has requested, and Kane has agreed, to extend the time for Zions to file its response brief by about 30 days, to Monday, February 28, 2022.

F. There have been no prior briefing extensions by Zions in this Appeal.

G. Therefore, Kane and Zions have discussed the matter and propose to modify the briefing schedule in the Appeal as set forth below.

## STIPULATION

The Parties stipulate and agree, through their respective attorneys, as follows:

1. Zions' response brief shall be due no later than February 28, 2022.

2. Except as specifically modified herein, all other deadlines for briefs in the Appeal and other matters set forth in the Scheduling Order remain unchanged and in effect.

4478968v1 | 031205-0132

2

3. Kane and Zions request that the Court enter an order approving this Stipulation.

**It is So Stipulated.**

DATED: January 14, 2022   FRANDZEL ROBINS BLOOM & CSATO, L.C.
MICHAEL GERARD FLETCHER
GERRICK M. WARRINGTON

By: _____/s/ Gerrick M. Warrington_____
GERRICK M. WARRINGTON
Attorneys for Appellee ZIONS BANCORPORATION, N.A., dba California Bank & Trust

DATED: January 14, 2022   FINESTONE HAYES LLP
STEPHEN D. FINESTONE
RYAN A. WITHHANS

By: *Stephen D. Finestone*
STEPHEN D. FINESTONE
RYAN A. WITHHANS
Attorneys for Appellant EVANDER FRANK KANE, Debtor

**<u>ORDER</u>**

IT IS SO ORDERED.

DATED: _____

By: _____
HON. WILLIAM H. ORRICK
United States District Court for the
Northern District of California