1 Stephen D. Finestone (125675)
  Ryan A. Witthans (301432)
2 FINESTONE HAYES LLP
  456 Montgomery Street, Floor 20
3 San Francisco, CA 94104
  Tel.:   (415) 421-2624
4 Fax:   (415) 398-2820
  Email: sfinestone@fhlawllp.com
5 Email: rwitthans@fhlawllp.com

6 Attorneys for Appellant,
  Evander Frank Kane

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Case No. 3:21-cv-8209-WHO<br><br>Bankruptcy Case No. 21-50028-SLJ<br>Chapter 7<br><br>B.A.P. No. NC-21-1167 |
| EVANDER FRANK KANE,<br><br>Appellant,<br><br>v.<br><br>ZIONS BANCORPORATION, N.A., *dba* California Bank & Trust, *et al.*<br><br>Appellee(s). | **STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE** |

Appellant Evander Frank Kane ("Kane") and Appellee Zions Bancorporation, N.A. ("Zions") stipulation to modify the briefing schedule for Kane's reply brief in this appeal as set forth below (the "Stipulation") and request the Court's approval of the revised schedule.

STIPULATION AND ORDER RE BRIEFING SCHEDULE                                                                                                   1

**RECITALS**

1. Kane timely filed a notice of appeal in the above-mentioned bankruptcy case regarding an *Order on Zions Bancorporation's Objection to Debtor's Homestead Exemption* (the "Appeal") and elected to have the appeal heard by the Bankruptcy Appellate Panel.

2. Zions timely filed a statement electing to have the appeal transferred to the District Court.

3. Kane filed his principal brief on December 29, 2021. Zions filed its responsive brief on March 30, 2022.

4. Pursuant to this Court's scheduling order, Kane's reply brief is due no more than thirty days after docketing the filing of Zions's responsive brief, making Kane's reply brief due on April 29, 2022.

5. Kane has requested, and Zions has agreed, to extend the time for Kane to file his reply brief by 30 days, to May 30, 2022.

6. There have been no previous time modifications for the filing of Kane's reply brief.

7. Therefore, Kane and Zions propose to modify the briefing schedule in the Appeal as set forth below.

**STIPULATION**

1. Kane's reply brief shall be due no later than May 30, 2022.

2. Kane and Zions request that the Court enter an order approving this Stipulation.

[*Signatures on following page*]

| | |
|---|---|
| Dated April 11, 2022 | FRANDZEL ROBINS BLOOM & CSATO, L.C. |
| | */s/ Gerrick Warrington* <br> Gerrick Warrington <br> Attorneys for Appellee Zions Bancorporation, N.A. |
| Dated April 11, 2022 | FINESTONE HAYES LLP |
| | */s/ Stephen D. Finestone* <br> Stephen D. Finestone <br> Attorneys for Appellant Evander Frank Kane |

**ORDER**

IT IS SO ORDERED.

Dated _____

_____
Hon. William H. Orrick
District Judge of the United States District Court
for the Northern District of California