Stephen D. Finestone (Bar No. 125675)
Ryan A. Witthans (Bar No. 301432)
FINESTONE HAYES LLP
456 Montgomery Street, Floor 20
San Francisco, CA 94104
Tel.:  (415) 421-2624
Fax:  (415) 398-2820
Email: sfinestone@fhlawllp.com
Email: rwitthans@fhlawllp.com

Attorneys for Evander Frank Kane,
Debtor and Appellant.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANDER FRANK KANE,<br><br>Appellant,<br><br>v.<br><br>ZIONS BANCORPORATION, N.A. et al,<br><br>Appellees. | Case No. 3-21-cv-08209-WHO<br><br>**APPELLANT'S EVANDER FRANK KANE'S STATEMENT OF RECENT DECISION** |
| In re<br><br>EVANDER FRANK KANE,<br><br>Debtor. | Appeal from Bankr. Case No. 21-50028-SLJ<br>Chapter 7 |

  Pursuant to Civil Local Rule 7-3(d)(2), appellant Evander Frank Kane respectfully submits this Statement of Recent Decision to bring to the Court's attention the Ninth Circuit's decision in *Schaefers v. Blizzard Energy, Inc. (In re Schaefers)*, No. 20-60055, 2022 WL 3973920, 2022 U.S. App. LEXIS 24671 (9th Cir. Aug. 31, 2022), a true and correct copy of which is attached hereto as **Exhibit A**.

  The *Schaefers* decision was filed on August 31, 2022, and the Court has not convened a hearing in this appeal. The *Schaefers* decision is therefore appropriate for consideration by the Court. *See* Civil L.R. 7-3(d)(2) ("Before the noticed hearing date, counsel may bring to the Court's attention a relevant judicial opinion published after the date the opposition or reply was

STATEMENT OF RECENT DECISION    1

filed by filing and serving a Statement of Recent Decision. Such Statement shall contain a citation to and provide a copy of the new opinion without argument.").

The *Schaefers* decision is relevant to this appeal because it vacates the underlying decision of *In re Schaefers*, 623 B.R. 777 (B.A.P. 9th Cir. 2020), which was relied upon by both the bankruptcy court in its decision underlying this appeal and the appellee in its responsive brief. *See* Appealed Order at 16–17; Appellee's Responsive Brief at 34–36. *See also* Appellant's Opening Brief at 27–30; Appellant's Reply Brief at 9–13.

| | |
|---|---|
| Dated September 12, 2022 | FINESTONE HAYES LLP |
| | /s/ Ryan A. Witthans |
| | Ryan A. Witthans |
| | Attorneys for Evander Frank Kane, Debtor and Appellant. |