UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 28 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EVANDER FRANK KANE, | No.    22-16674 |
| Appellant, | D.C. No. 3:21-cv-08209-WHO |
| v. | Northern District of California, San Francisco |
| ZIONS BANCORPORATION, N.A., DBA California Bank & Trust, | ORDER |
| Appellee. | |

The parties' stipulated motion (Docket Entry No. 10) for voluntary dismissal is granted.  This appeal is dismissed.  Fed. R. App. P. 42(b).

Costs and fees shall be allocated pursuant to the parties' stipulation.

This order served on the district court acts as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Lorela Bragado-Sevillena
Deputy Clerk
Ninth Circuit Rule 27-7

2/20/2023/Pro Mo